McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

MAY 28 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,            )   CASE NO. 1:08-CR-170 LJO
                          )
         Plaintiff        )
                          )   ORDER TO UNSEAL
     v.                   )   INDICTMENT
                          )
JORGE MARIN, and          )
FERNANDO GUIZAR,          )
                          )
         Defendants       )
_____)

This Indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to JORGE MARIN and FERNANDO GUIZAR only, and be made public record.

DATED: 5/28/08                    _____
                                  GARY AUSTIN
                                  U.S. Magistrate Judge