

1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

5

6

7

8         IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11
                                    )  CASE NO. 1:08-CR-170 LJO
12  UNITED STATES,                  )
                                    )
13         Plaintiff                )
                                    )  ORDER TO UNSEAL
14      v.                          )  INDICTMENT
                                    )
15  CHRISTIAN QUIORGA, et al.       )
                                    )
16         Defendants               )
                                    )
17

18

19      This Indictment was sealed by Order of this Court pursuant

20  to Rule 6(e) of the Federal Rules of Criminal Procedure.

21      IT IS HEREBY ORDERED that the case be unsealed in its

22  entirety, and be made public record.

23

24  DATED: 6/17/08          _____
                            GARY AUSTIN
25                          U.S. Magistrate Judge