IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MARIN, | CASE NO. CR F 08-0170 LJO |
| Petitioner, | **ORDER FOR GOVERNMENT'S RESPONSE** |
| vs. | |
| MARGARET MIMS, et al, | |
| Respondents. / | |

This Court ORDERS the United States of America, no later than February 26, 2009, to file and serve its response to petitioner Jorge Marin's amended petition for writ of habeas corpus (doc. 88).

IT IS SO ORDERED.

**Dated:   February 10, 2009**             /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1