IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MARIN,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MARGARET MIMS, et al,<br><br>　　　　Respondents.<br>_____/ | CASE NO. CR F 08-0170 LJO<br><br>**ORDER TO DENY WITHOUT PREJUDICE**<br>**28 U.S.C. § 2255 PETITION**<br>(Docs. 87, 88, 90, 92.) |

　　　　Petitioner Jorge Marin ("Mr. Marin") seeks 28 U.S.C. § 2255 ("section 2255") relief in light of an investigation and arrests of two Fresno Police officers whom Mr. Marin claims controlled a confidential informant involved in a drug transaction resulting in Mr. Marin's recent federal conviction. On January 30, 2009, Mr. Marin was sentenced to 87 months imprisonment for conspiracy to distribute and possess with intent to distribute 500 grams or more of methamphetamine in violation of 21 U.S.C. §§ 846, 841. Recently, Mr. Marin filed section 2255 papers to contend that the "officers' credibility is crucial to the prosecution of the case, as they were in charge of the confidential informant's actions in the sale of methamphetamine to Mr. Marin."

　　　　Mr. Marin's section 2255 petition is premature in the absence of a connection between his conviction and the police officers' guilt or innocence as to the investigation into them. The police officers have not been convicted of a crime and are presumed innocent. The police officers have neither testified in Mr. Marin's federal criminal action nor entered a guilty plea in their criminal actions. Mr.

1 Marin's section 2255 petition is unwarranted and is not substantiated by an investigation into, what
2 appears at this time, a matter unrelated to the circumstances surrounding Mr. Marin's conviction which
3 followed his guilty plea.
4    As such, this Court DENIES without prejudice Mr. Marin's requested section 2255 relief. The
5 above-captioned respondents need not respond to Mr. Marin's recently filed section 2255 papers. The
6 clerk is directed to serve this order on by electronic service on Assistant U.S. Attorneys Kevin P. Rooney
7 and Kimberly Sanchez and on:

8 Margaret Mims
   Fresno County Sheriff
9 2200 Fresno Street
   Fresno, CA 93721
10
   and
11
   Antonio Amador
12 U.S. Marshal
   501 I Street, Suite 5-600
13 Sacramento, CA 95814.

14 IT IS SO ORDERED.

15 **Dated:    February 19, 2009**              **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE